# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2661

_____

Anthony L. Johnson,

            Appellant,

v.

Stephen Sparks; Anna Scherwing,

            Appellees.

\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Southern District of Iowa.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: January 4, 2012
Filed: January 9, 2012

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Anthony Johnson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against prison medical employees. Following careful de novo review, we conclude that summary judgment was appropriate for the reasons stated by the district court. See Popoalii v. Corr. Med. Servs., 512 F.3d 488, 499 (8th Cir. 2008) (standard of review; prima facie case alleging deliberate indifference requires inmate-plaintiff to demonstrate that prison officials actually knew of but deliberately disregarded objectively serious medical

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

need; inmate must show more than negligence, more even than gross negligence, and mere disagreement with treatment decisions does not rise to level of constitutional violation); Meuir v. Greene Cnty. Jail Emps., 487 F.3d 1115, 1118-19 (8th Cir. 2007) (prisoner failed to show deliberate indifference to his medical needs, where he produced neither expert testimony nor documentary evidence to support his claim that treatment provided by jail's medical staff was constitutionally inadequate, and defendants produced evidence indicating that treatment provided by staff was adequate).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____